Valentina L. O'Connor as next friend & legal guardian of Michael W. O'Connor **Plaintiff(s),**

vs.

Orland Park Police
Orland Park, ILLINOIS

**Defendant(s).**

13CV7477
JUDGE HOLDERMAN
MAG. JUDGE KIM

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

- This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.
- The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.
- Plaintiff's full name is Valentina L. O'Connor for Michael W. O'Connor

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

FILED

OCT 17 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

44

4. Defendant, **The Orland Park Police, Investigator Eric Rossi, Commander Keating, Mr. Paul Rimes, Mayor McLaughlin, Prosecutor State Attorney Zogler, Judge Hynes, and Judges Biebel and Felice.** is
   (name, badge number if known)
   ☒ an officer or official employed by
                                        (department or agency of government)
   **Orland Park Police & Orland Park Township**                                    or
   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Orland Park, Illinois**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
                   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of
   _____
   _____, in the County of _____,
   State of Illinois, at _____,
                         (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows (Place X in each box that applies):

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: **The defendants: Refused appropriate medical assistance to the plaintiff. Conspired together to violate the plaintiff's human & constitutional rights, used excessive force/bail oppressing plaintiff & plaintiff's family.**

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (Leave blank if no custom or policy is alleged): **Using excessive force against a disabled person / Lack of Miranda rights and refusing to allow a lawyer to protect the civil constitutional rights of the defendant & a psychiatric professional's testimony in Court, in defense of the defendant's human rights.**

8. Plaintiff was charged with one or more crimes, specifically:

45

\* Michael W. O'Connor

cyberstalking

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows: The defendants intimidated the plaintiff's lawyers, who told plaintiff that he is not allowed to file motion for trial; and his lawyer was given* the plaintiff's bond money and he committed legal malpractice. *by Judge Hynes

☐ Other:

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Orland Park Police coerced plaintiff to sign a statement that Officer Rossi wrote & read the Miranda Rights after having signed the statement. Defendant Orland Park Police worked with Bridgeview Court to falsify information, use excessive force (Maximum Security Jail) and oppressive Bond (No Bond or $1,350,000) with the purpose to force the plaintiff into a wrongful conviction, after 165 days in jail & severe PTSD & TBI due to severe beating and lack of medication. Defendant refused to acknowledge discoveries that proved the charges unconstitutional. Defendant committed hateful actions & discriminatory criminal acts against Plaintiff.

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

- The Defendant committed retaliatory & revengeful actions stemming from hate against the Plaintiff, who is a disabled person.
- The Defendant conspired to property damage against the Plaintiff

11. Defendant acted knowingly, intentionally, willfully and maliciously. "Loss of thriving to live in society."

12. As a result of defendant's conduct, plaintiff was injured as follows:
- Life-long P.T.S.D. and Brain injury, due to severe jail beating.
- Loss of educational credits and scholarships, as well as loss of the right to attend college. Wrongful incrimination. conviction. Loss of property

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Valentina O'Connor
Plaintiff's name *(print clearly or type)*: Valentina L. O'Connor
Plaintiff's mailing address: 10732 S. Seeley Ave.
City: Chicago    State: IL    ZIP: 60643

47

Plaintiff's telephone number: (78) 238-0680.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_____

15. Plaintiff has previously filed a case in this district. ☒ Yes   ☐ No

If yes, please list the cases below.    FMLA case: O'Connor vs the Board of Education

Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.

September 11, 2013

I, Valentina L. O'Connor, mother and Legal Guardian of Michael W. O'Connor, respectfully and in full observance of the truth, bring to your Honor's attention the following:

My son, Michael W. O'Connor, 6-18-1990, of whom I have legal Guardianship, due to his mental disabilities (Mixed Bipolar psychosis, ADHD and Addiction, which is due to his chronic Bipolar mental illness), was arrested five consecutive times, by the Orland Park police and their "personal friends" (as three attorneys explained to me), Bridgeview Court Prosecutor Lowler, and Judges Hynes and Felice, since 6/14/2012* until presently. He had excessive force used against him, was forced into custody for over 165 days, severely beaten (which caused Michael to acquire PTSD and TBI while in jail), was wrongfully convicted of "Cyberstalking" a young woman from his DePaul University class (Michael was a senior student at DePaul University) for having said to the girl, "I don't just want to have sex with you, but I want a relationship with you". The officials named above are still seeking to accuse Michael of violating his probation, so that Michael would be sentenced to prison (on May 31, 2013, the Prosecutor said to Judge Hynes, "Remember, Judge, this (Michael was accused of having smoked marijuana) proves us right, we did not think that this is a probation case, but a pen case, since the beginning". At this, Judge John Hynes, who still refuses to believe that Michael is mentally ill, even after five forensic mental health psychiatrists diagnosed him in jail with the same disability that Michael's previous three psychiatrists had diagnosed him with, and I presented to the Orland Park Police and to the Bridgeview Court their evaluations since June 2012, replied, "He is just fooling all of us!" Presently, after over 90 days of sobriety (Michael was doing excellent work being placed in the outpatient treatment at Lakeshore Hospital and he also took Summer college classes at Columbia College), Michael was arrested again, even if I had paid his bail two times, and forced to enter a locked door inpatient rehabilitation treatment facility at Gateway Haymarket, despite the fact that our entire family wants Michael to continue living at home, and that I have legal guardianship of Michael.

The Orland Park Police Dept., Detective Eric Rossi, his co-worker, Officer Ja...ensky, Commander Keating, Orland Park Township, Mayor McLaughlin, C.. Griffin, Orland Park

\* I respectfully ask for permission to extend the one year statute of limitation to today's date, 10/17/2013, due to:

On 6/14/2012, although my son's doctors did give me the medical papers and advice to pursue legal guardianship for him, I did not obtained yet, his legal guardianship, until 7/16/2013. In consequence, I have not been able to meet the accurate deadline for filing this Complaint.

Commissioner of the Sheriffs' Department, re-enforced, in their "unconstitutional", "hateful" of Michael and "disability discriminatory" practices (as Michael's defense lawyer, Mr. Allen, Shay, called these actions) by the Bridgeview Court prosecutor Debbie Lowler, Judge John Hynes and Judge Felice:

initiated five successive arrests of Michael, several interrogations without providing Michael with his Miranda Rights until after the interrogation, refusing to allow lawyer Hamilton, from Thomas Needham's Legal Office, to help Michael during interrogation, refusing to consider my desperate calls during the interrogation, explaining to them that Michael is mentally disabled and that I have legal guardianship of Michael He was coerced to sign a statement that they wrote and, by over 165 days of jailing Michael in Maximum Security at Cook County where Michael has been severely beaten, and acquired PTSD and TBI, Michael was forced into a wrongful conviction (which he revoked after ten days), and took TASC probation.

The above named officials co-opted even three out of four defense lawyers (to whom I paid all my retirement savings, over $45,000), denying Michael his continuous requests to have a trial, to defend himself against a wrongful conviction (e.g., he never caused any threat, in fact the girl for whom the Orland Park and the Bridgeview Court prosecuted Michael sent a text message to one of her friends, "Mike did not do anything to me, I just wanted to see his ass rot in jail", which Judge Hynes refused to even consider admitting, nor consider lowering the excessive bail amount of $1,350,000 ("No, you are not going to incriminate the victim", Judge Hynes said to the discovery that would have proved the charges against Michael unconstitutional) ;

Michael has never been considered a "danger to society", - as the Orland Park detectives Rossi told the Grand Jury, and Prosecutor Lowler and Judge Hynes and Judge Felice declared him, - by any of his 8 psychiatrists (including five jail psychiatrists whom Judge Hynes ordered to have a forensic mental health evaluation of Michael and according to the extenuating (she was publicly humiliated by Judge Hynes' Prosecutor for defending Michael) Court testimony and deposition of Dr. Terry Finn, who witnessed in front of Judge Hynes and Prosecutor Lowler, that Michael is not a danger to society, but a kind-hearted young man, whose achievement in his career - Michael is a published writer and was a senior student at DePaul University - make him an asset to his community); nor did Michael have a criminal record, as Investgator Eric Rossi lied to the Grand Jury, in order to have Michael indicted, jailed in Maximum Security jail, with an excessive bond of $1,350,000 (note that the killers with whom Michael was sharing his cell, some have $100,000 bonds) or No Bond, arrested again by the Top Crime Suburban Unit of Tinley Park, in order to be charged with more criminal charges, in view of sentencing Michael to the penitentiary.

After Michael's continuous five times arrests by the Orland Park police and placement by Judge Hynes in Cook County jail, Michael's blooming academic career at DePaul (which was the primary source of Michael's self-esteem and confidence in going on with his life), was brutally interrupted (Michael was crying and imploring help in Maximum Security jail at Cook County, which might have caused his extremely severe beating - since, on Nov. 8, 2012, he had one of his novels dramatized and performed at DePaul Theater School, and he longed to be present in

*School:* *Judge* Hynes overruled Judge Sheila McGuinee's Order that Michael may continue his education at DePaul University, where he was a senior student and a published writer. Judge Hynes does not allow Michael to take any classes at any other university or college, nor to have a Law Guardian, nor to be released from jail after his bond has been paid, stating that Michael "should be treated in jail".

3

On June 14, 2012, after secretly (without us, the parents of Michael, having had any knowledge of it) serving Michael a Temporary Protection Order, the above mentioned Orland Park police officers Eric Rossi and his boss, Ja.....nsky, asked us, the parents, to please bring Michael to their station, since they just want to talk with him, and assuring us, Michael's guardians, that Michael did not do anything wrong. My husband, Michael's father, brought Michael to the Orland Park police station, around 9:00 A.M., early enough for Michael to make his 12:00 noon DePaul class. He was told, around 1:30 p.m. by investigator Rossi, that he could leave, and reassured me, when I called him, later, that the officer said they would put Michael on the train home. I asked my husband what are they talking to Michael about and my husband said that he does not know, but the officers are very nice and that he trusts them to have left Michael in good hands. I immediately called a lawyer, Ms. Hamilton from Mr. Thomas Needham's office, but she said that they "gave me the run-around and then they said it was too late for a lawyer, since Michael already signed the statement". During that investigation, I called three times and communicated to the Orland Park Police staff that my son is Bipolar and that I have guardianship of Michael's person. Michael later said that, as soon as he was out of his dad's sight, Investigator Rossi and his boss, grabbed Michael by his shoulders and started throwing him into a wall, yelling on his ears, "You know what you did". Michael had no idea what he did, but, when they mentioned the girl's name, he apologized repeatedly (it is quoted in the statement) that, if he said something inappropriate, it is because he is Bipolar, at which the two investigators kept yelling in Michael's ears, "No matter what you say, no matter what you do, we're gonna get you!" After they wrote the statement, they "coerced" (Michael's words) Michael to sign it and afterwards they had him initial the Miranda Rights. Investigator Rossi signed as the foreman of the Grand Jury, who, they say, indicted Michael (there are no documents of the Grand Jury available to me far, but we were told that the Grand Jury was told a lie: that Michael has a criminal record. Michael did have a misdemeanor case at the time which was going to be dismissed for lack of prosecution - a train conductor pushed Michael and Michael pushed him back in 2011, nevertheless, this "previous criminal record" is being continuously communicated even, as of today, to TASC probation case managers and appears constantly in all Michael's Court papers.
Instead of reading Michael's real statements, instead of considering Michael's mental disabilities, which make Michael prone to lacking common sense in his verbal expressions, especially when he is manipulated into feeling frustrated or afraid, instead of exerting an equally concerned, as in the girl's case, judgment, for Michael's constitutional, psychological, human, civil, and legal

rights, the Orland Park officials, backed up by the Bridgeview Court officials – adopted a biased and disability discriminatory attitude, punishing Michael, excessively, for manifesting symptoms of his mental disability (which never constituted, according to all Michael's psychiatrists and counselors, any danger to anyone!). The above mentioned officials also displayed a sustained hateful and mocking attitude against Michael, as Michael's defense lawyer, Mr. Shay Allen said, repeatedly, "They just hate Michael!"

After I bonded Michael out in July 2012, Orland Park Police retaliated, and, backed up by the Bridgeview Court, had a note attached to Judge Sheila McGuinee's Order of Protection of July 9. 2012 (the Order allows Michael to continue his DePaul studies) stating, "Sue, keep the same Case Number (it was a Civil case) and change it to a felony case - ask the Judge on the second floor first".
As a retaliation because I filed a Complaint against them at Mayor McLaughlin, of Orland Park, and also in order to prevent Michael from being present at a meeting at DePaul Students' Affairs office, where he was going to present the girl's Plagiarism from his academic papers, - seven Orland Park police officers – mocking us and laughing at Michael and me - had Michael arrested again, in Judge Hynes' Bridgeview Court, on October 18, 2012. This was, we were told, because, when Michael found out that the girl has a boyfriend, he vented, in a venting section of Craig's List, that this girl disappointed him, that he wishes he never met her, that, from now on, he will take care of the little boy inside him, etc. Prosecutor Lowler only read the last sentence of this paragraph, which contains a derogative word used in connection with the behavior of an extortionist female. Since Michael has been prevented from attending the DePaul Students' Affairs meeting (he also had witnesses, and 101 students, and two Professors wrote to the Judge in support of Michael) which took place two days after Michael's second arrest, the decision was taken against him.

Michael has been jailed in Maximum Security Jail, with a bond of $1,350,000 ( please note that some killers' bonds, Michael told me, were approximately $100,000). The officials named above refused to give Michael any chance to defend himself, intimidated the two defense lawyers who would have filed a motion for Michael's trial (by telling them that the Judge and the Prosecutor would be mad if they file the motion for trial and that "there is nothing to be done"), and twisted Michael's words and phrases by taking them out of context and by making Michael's feelings towards the girl seem threatening, instead of awkward expressions of Michael's own feelings tinted by Michael's symptoms (episodes) of his Bipolar Disorder, when he became upset to discover that the girl for whom he "wanted to be the one" who protects her, has another boyfriend and was plagiarizing from him in her DePaul academic writing papers.

The consequences of the above mentioned officials' disability-discrimination actions (several times, in Court pleadings, Michael's defense lawyer, Mr. Shay Allen, averred to Judge Hynes that "Michael is in jail only because he is punished for being mentally ill", are as follows: Michael was deprived, while in Cook County Jail, for 22 days total of his psychotropic medications, which caused him to reach the symptomatic stage of his mental illness, have seizures and, especially due to the severe beating in the maximum Security jail, to acquire PTSD and TBI. Michael has been beaten almost to death, just two days after he refused to plead guilty, when he was re-arrested in jail, on November 6, 2012, taken by the Top Crime Suburban Police of Tinley Park (Order signed by Judge Beibel), back to Orland Park Police investigator Eric Rossi, to be charged with more crimes and to be sent to prison. This beating was another retaliation, I believe, and a Death Threat to Michael, which pushed him into a wrongful conviction.

Beside the conflict of personal friendship between the Orland Park police and officials from the Bridgeview Court, Prosecutor and Judges, other conflicts of interest prevented Michael from being treated with justice, e.g.. Judge John Hynes, who lives in our community, whose children and extended family's children went to St. Barnabas School, as did our four children, used to pick up his niece from Michael's friend, Sean McCarthy, and he was acting in an irate fashion against these High School boys, since his niece, extended family children and his own daughters were "hanging out" with them, who, obviously, according to the way Judge Hynes mistreated Michael, he perceived as nullities.

Michael is humbly asking Your Honor to consider the trespassing of his civil, human, and legal rights, the excessive force and abusive disability discrimination actions, the unconstitutional charges and the wrongful conviction into which he has been forced by the Orland Park Police detectives Eric Rossi, Ja...ensky, Commander Keating, Orland Park Township Commissioner of the Sheriffs' Department, C. Griffin and Mayor McLaughlin's retaliatory actions against Michael and his mother, who corresponded and talked with them in defense of Michael's rights, also into the re-enforcement of the Orland Park's officials against Michael by the Bridgeview Court officials, who continue to threaten Michael and me with imprisoning us and continuing to retaliate against Michael for having been bailed out of jail, where they wanted to "treat him in jail". Michael is humbly asking Your Honor to look into the excessive punishment, maliciously high bond, and continuous retaliation against Michael and his mother for having tried to re-establish justice. Also, Michael is humbly asking for compensation for the life-long needed treatment for his PTSD and TBI acquired in jail, for his worsened mental health condition, due to the abusive force he was subjected to and mostly for re-establishing his educational rights and scholarships at DePaul University, as well as for an injunction against the arresting agencies which are being used by the Orland Park Police and Bridgeview Court to exert unnecessary, discriminatory, and excessive force against Michael, as well as for dismissal of his wrongful conviction - if the charges are unconstitutional and/or were obtained fraudulently, for reimbursement of Michael's

mother's pension savings, which she, in her desperation for justice, used for defense lawyers, as well as any other compensation that, upon proving the charges and/or the way of obtaining them unconstitutional and discriminatory, which Your Honor and this Honorable Court may find appropriate.

Respectfully,
*Valentina O'Connor*
Valentina O'Connor